UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 13-20514-CR-GRAHAM/GOODMAN

UNITED STATES OF AMERICA

v.

FRANCISCO B. CARTAYA,
EMILIO MEDEROS, and
MARIO R. TRIANA MARTINEZ,

    Defendants.
_____/

## REPORT AND RECOMMENDATIONS ON CHANGE OF PLEA

**THIS CAUSE** is before the Undersigned on the District Court's Orders of Reference [ECF Nos. 87; 95] to conduct a change of plea hearing for the acceptance of the defendants' guilty pleas, and the Undersigned, having conducted the hearing, recommends to the District Court as follows:

    1.    On October 8, 2013, the Undersigned convened a hearing to permit each of the defendants to enter a change of plea. The Undersigned advised the defendants of their right to have these proceedings conducted by the District Judge assigned to the case. Further, the Undersigned advised the defendants that the Undersigned was conducting the change of plea hearing on two Orders of Reference from the District Court and with the agreement of the defendants, the defendants' attorneys, and the

Assistant United States Attorney assigned to this case. The Undersigned further advised the defendants that the District Judge assigned to this case would be the sentencing judge and would make all findings and rulings concerning the defendants' respective sentences and would conduct a sentencing hearing at a time set by the District Court.

2. The Undersigned advised the defendants that they did not have to permit the Undersigned United States Magistrate Judge to conduct this hearing and could require that the change of plea hearing be conducted only by a United States District Judge. The defendants, the defendants' attorneys, and the Assistant United States Attorney assigned to the case all agreed on the record to the Undersigned conducting the change of plea hearing.

3. The Undersigned conducted a plea colloquy in accordance with Rule 11 of the Federal Rules of Criminal Procedure.

4. Each defendant has entered into a plea agreement with the government. The Undersigned reviewed each plea agreement on the record with each defendant and had each defendant acknowledge that he had signed the respective plea agreement. The Undersigned also made certain that each defendant was aware of any minimum mandatory sentences and maximum sentences which could be imposed in this case pursuant to his plea agreement and the applicable statutes.

5. Defendant Francisco B. Cartaya ("Cartaya") pled guilty to **Count I** as set forth in the Indictment, which charges him with conspiracy to commit wire fraud in violation of 18 U.S.C. § 1349. [ECF No. 3].

6. Defendant Emilio Mederos ("Mederos") pled guilty to **Count I** as set forth in the Indictment, which charges him with conspiracy to commit wire fraud in violation of 18 U.S.C. § 1349. [ECF No. 3].

7. Defendant Mario R. Triana Martinez ("Triana") pled guilty to **Count I** as set forth in the Indictment, which charges him with conspiracy to commit wire fraud in violation of 18 U.S.C. § 1349. [ECF No. 3]. The government agreed to dismiss the remaining counts of the Indictment against Triana.

8. Each defendant agreed that he would forfeit all his interest in property that he has accumulated as a result of illegal activities.

7. Through three separate written factual proffers signed by each defendant, the government stated a factual basis for the entry of the plea, which included all of the essential elements of the crime to which each defendant is pleading guilty, and any sentencing enhancements and/or aggravating factors that may be applicable. Each defendant acknowledged the accuracy of the factual proffer he signed and acknowledged his guilt and knowing participation in the alleged crimes.

8. Based upon all of the foregoing and the plea colloquy conducted by the Undersigned, the Undersigned respectfully recommends to the District Court that each defendant be found to have freely and voluntarily entered a guilty plea to Count I of the Indictment, and that each defendant be adjudicated guilty.

9. A pre-sentence investigation report is being prepared for the District Court by the United States Probation Office, and sentencing for <u>defendants Triana and Mederos</u> has been set for <u>December 18, 2013 at 10:30 a.m., at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Courtroom 13-4, Miami, Florida</u>. Sentencing for <u>defendant Cartaya</u> has been set for <u>December 18, 2013 at 2:30 p.m., at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Courtroom 13-4, Miami, Florida</u>.

**ACCORDINGLY,** the Undersigned respectfully recommends to the District Court that each defendant's plea of guilty be accepted, each defendant be adjudicated guilty of the offenses to which a plea of guilty has been entered, and that a sentencing hearing be conducted for final disposition of this matter.

The parties shall have 14 days from the date of this Report and Recommendations within which to file objections, if any, with the Honorable Donald L. Graham, United States District Judge assigned to this case. Failure to file timely objections waives a party's right to review issues related to the defendant's plea under

Fed. R. Crim. P. 11 before the District Judge or the Court of Appeals (even under a plain error standard). *See* Fed. R. Crim. P. 59(b)(1), (2), *cited in United States v. Lewis,* 492 F.3d 1219, 1222 (11th Cir. 2007) (en banc).

    **RESPECTFULLY RECOMMENDED**, in Chambers, in Miami, Florida, October 8, 2013.

                                                                        Jonathan Goodman
                                                                   UNITED STATES MAGISTRATE JUDGE

<u>Copies furnished to</u>:
Honorable Donald L. Graham
All Counsel of Record
United States Probation